UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No: 8:07-cr-169-JSM-TGW

JIMMIE LEE DORSEY

## ORDER

Before this Court comes Defendant's Motion for Compassionate Release (Dkt. 68), Defendant's medical records (Dkt. S-72), the United States' Response in Opposition (Dkt. 69), and Defendant's Reply (Dkt. 75).

Jimmie Lee Dorsey serves a 262-month term of imprisonment at Coleman Low FCI in Coleman, Florida, for possession with intent to distribute cocaine and felon in possession of a firearm. Defendant has served over 14 years of his sentence. The BOP website projects his release on May 27, 2025.

Defendant seeks compassionate release and requests the Court to modify his sentence to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and U.S.S.G § 1B1.13, comment n.1(A), (B) and (D) based on his medical conditions, age, and other other reasons. Defendant is 66-years old and presents several medical conditions as "extraordinary and compelling" circumstances which make him more vulnerable to exposure and death from the COVID-19 virus. These medical conditions include chronic obstructive pulmonary disease (COPD) with a history of chronic airway obstruction, acute upper respiratory

1

infections, acute bronchitis, chronic rhinitis, diabetes mellitus (type II, insulin-dependent), hypertensive heart disease with heart failure and myocardial infarction, stage II chronic kidney disease (moderate), hyperkalemia, osteoarthrosis, osteoarthritis, cervicalgia, nondiabetic proliferative retinopathy and depressive disorder. (Dkt. 68). Defendant contends that over the past 14 years in custody, his physical health has seriously deteriorated.

The Government argues under 18 U.S.C. § 3582(c)(1)(A)(i) that Defendant fails to establish that "extraordinary and compelling reasons" support a sentence reduction and that Defendant has not met his burden to show that a reduction is warranted in light of the danger that he would pose to the community given the violent nature of his offense.

Defendant asserts in his reply brief (Dkt. 75) that the Court can find extraordinary and compelling reasons exist under U.S.S.G. § 1B1.13, comment n.1(b) if the defendant satisfies three conditions. One, the defendant must be at least 65 years old. Two, the defendant must have served the lesser of 10 years or 75% of his sentence. Three, the defendant must be "experiencing a serious deterioration in physical or mental health because of the aging process."

The Court concludes that the Defendant has serious and life-threatening medical conditions. These conditions together with his age and length of time in prison demonstrate "extraordinary and compelling reasons" that warrant a reduction in sentence.

Therefore, IT IS ORDERED and ADJUDGED that:

1. Defendant's Motion for Compassionate Release (Dkt. 54) is **GRANTED.**

2. Defendant's term of imprisonment is reduced to **TIME SERVED** followed by eight (8) years of supervised release under the same conditions previously imposed.

3. An amended judgment will be entered separately from this Order.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on February 10, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record